## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KRISTIA BERG, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 3665 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| COOK COUNTY DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | Magistrate Judge |
| | ) | Jeffrey T. Gilbert |
| Defendants. | ) | |

### ANSWER TO COMPLAINT AT LAW

NOW COMES the Defendant, THOMAS DART, by and through his attorneys, SANCHEZ

DANIELS & HOFFMAN LLP, and as his Answer and Affirmative Defenses to Plaintiff's

Complaint at Law, states as follows:

### Statement of Claim

1.      I, Kristia Berg, am a inmate at Cook County Department of Corrections since 12/7/16, Inmate No. 20161207088.

**ANSWER:**     The Defendant admits that the Plaintiff is an inmate at Cook County Department of Corrections and her Inmante No. is 20161207088.

2.      Currently housed in Division 4 and the living conditions on the tier are health hazards due to black mold growing all over the following places: shower, ceiling, walls in shower, in the day room on walls, ceilings, vents, floors in our cells, in screens, in windows, on walls, on ceilings, floors.

**ANSWER:**     The Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Complaint and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief.".

3.      Inmate female living conditions in Division 4 eating, sleeping, showering, etc. are not livable conditions.

**ANSWER:**     The Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaints and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this

paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

4.      I get headaches, nausea.

**ANSWER:**    The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

5.      I have asthma and my breathing has been acting up.

**ANSWER:**    The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

6.      The smell in the shower of mold is overwhelming.

**ANSWER:**    The Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

7.      It causes me to choke when I take a shower.

**ANSWER:**    The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

8.      Severe headaches.  It's not right to be living in this Division with all these problems going on.

**ANSWER:**    The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph and pursuant to the Federal Rules of Civil Procedure 8(a)(2), this paragraph is in violation of "a short and plain statement of the claim showing that the pleader is entitled to relief."

## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, THOMAS DART, by and through his attorneys, SANCHEZ DANIELS & HOFFMAN LLP, and as his Affirmative Defenses to Plaintiff's Complaint, states as follows:

1.      Plaintiff has failed to exhaust her administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997(e)(a). *See Dale v. Lappin*, 376 F. 3d 652, 655 (7th Cir. 2004).

2.      The Defendant cannot be held personally liable under § 1983 under a theory of *respondeat superior*. *See Monell v. New York Dep't of Social Servs.*, 436 U.S. 658, 690 (1978).

3.      The Defendant's conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights. Accordingly, the Defendant is entitled to the defense of qualified immunity.

4.      The Defendant did not possess knowledge of a specific risk of imminent harm to Plaintiff or a substantial risk of imminent harm to Plaintiff, and thus did not act with deliberate indifference to Plaintiff's well-being.

5.      To the extent it is revealed that Plaintiff failed to take reasonable measures to mitigate her alleged injuries and damages, those facts shall be presented to preclude recovery for Plaintiff.

6.      To the extent that the Defendant is named in his official capacities, he is immune from punitive damage awards. *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 101 S. Ct. 2748 (1981).

7.      The Defendant reserves the right to name affirmative defenses as they become known through further discovery or otherwise in this action.

## JURY DEMAND

With regard to any issue that may be appropriately heard by a jury in this cause of action,

Defendant hereby demands a jury trial.

                                        Respectfully submitted,

By:      _____
                                        Andrew P. Rice

Andrew P. Rice, 6243723
Special Assistant State's Attorneys
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant, Thomas Dart
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 641-1555
arice@sanchezdh.com
F:\DATA\HISTORY\CCS\77394 - Berg\PLE\ans and aff def oct 26, 17.docx

3

## CERTIFICATE OF SERVICE

I, Andrew P. Rice, hereby certify that, in accordance with Fed. R. Civ. P. 5. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the Defendant's Answer and Affirmative Defenses was served pursuant to the District Court's ECF system to those listed in the attached service list and via U.S. Mail to the pro se plaintiff at the address indicated by depositing a copy of same in the U.S. Mail at 333 West Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on November 3, 2017, with proper postage prepaid, and that this statement as set forth is true and correct.

/s/ *Andrew P. Rice*
Andrew P. Rice

## SERVICE LIST

### Kristia Berg v. Tom Dart
### Civil Docket for Case No. 17 C 3665

**Pro Se Plaintiff**
Kristia Berg
R-89246
Logan Correctional Center
P.O. Box 1000
Lincoln, Illinois 62656